IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES WILLIAMSON,** | CIV S-07-1866 LEW DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including May 1, 2008, in which to file a response to Petitioner's petition for writ of habeas corpus.

DATED: April 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/will1866.111