IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILLIAMSON,

    Petitioner,               No. CIV S-07-1866 JAM DAD P

    vs.

ROBERT HOREL,

    Respondent.              ORDER

                              /

        On May 29, 2008, petitioner filed a request for an extension of time to file a response to respondent's motion to dismiss. However, on May 30, 2008, petitioner filed a timely opposition. Accordingly, petitioner's May 29, 2008 request will be denied as unnecessary.

        IT IS HEREBY ORDERED that:

        1. Petitioner's May 29, 2008 request for an extension of time is denied as unnecessary; and

        2. Respondent's reply to petitioner's opposition, if any, shall be filed within fifteen days of the date of this order.

DATED: June 6, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
will1866.111d