IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILLIAMSON,

    Petitioner,                   No. CIV S-07-1866 JAM DAD P

    vs.

ROBERT HOREL, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 15, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 15, 2008, are adopted in full;

2. Respondent's April 30, 2008 motion to dismiss the petition as second or successive (Doc. No. 10) is granted;

3. Petitioner's May 30, 2008 motion to stay the matter (Doc. No. 14) is denied; and

4. This action is dismissed without prejudice to its refiling with a copy of an order from the Ninth Circuit authorizing petitioner to file a second or successive petition.

DATED: 9/30/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/will1866.801